

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00148-CV

**HOUSE OF PRAISE MINISTRIES, INC.,**

Appellant

v.

**CITY OF RED OAK, TEXAS,**

Appellee

**From the 40th District Court
Ellis County, Texas
Trial Court No. 87580**

## O R D E R

This appeal was referred to mediation by order dated January 28, 2016. Mediation was ordered to occur within 30 days; but, at the request of the parties for more time to investigate the facts and return to mediation so that a resolution could potentially be achieved, the Court granted a stay of the appeal and the time for mediation was extended to May 31, 2016.

In response to a status request from the Court, we received a notice that mediation was unsuccessful. Accordingly, while we encourage the parties to continue their efforts

to reach a mutually agreeable resolution, the stay is lifted; and this appeal is ready to be

disposed and will be addressed in due order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted
Order issued and filed July 6, 2016

